UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH DEHONEST JORDAN,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT, et al., et al.,<br>　　　　　　　　　Defendants. | No. 3:21-CV-5348-RJB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, no objections were filed, does hereby find and order as follows:

　　(1)　The R&R is ADOPTED;

　　(2)　Plaintiff's applications to proceed in forma pauperis, Dkt. 6, 7, are **DENIED** and the case is **DISMISSED**; and

　　(3)　The Clerk shall enter **JUDGMENT** and close this case.

**DATED** this 5th day of August, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1